NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**GOODSON HOLDINGS, LLC,**
*Appellant*

**v.**

**TITEFLEX CORPORATION,**
*Appellee*

———————————————

2018-1134, 2018-1149

———————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00730, IPR2016-00731.

———————————————

**JUDGMENT**

———————————————

MARK STRACHAN, Sayles Werbner, P.C., Dallas, TX, argued for appellant.

JAMES L. DAY, JR., Farella Braun + Martel LLP, San Francisco, CA, argued for appellee. Also represented by DEEPAK GUPTA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| November 7, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |